ENTERED
ON DOCKET

MAR 29 2001

BY DEPUTY



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRADLEY S. HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, et al,<br><br>    Defendants. | Case No. C00-966P(BJR)<br><br>AMENDED MINUTE ORDER SETTING SETTLEMENT CONFERENCE |

    The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

    Pursuant to plaintiff's request, the settlement conference previously scheduled with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, for April 16, 2001, will be held at **10:00 a.m. on April 24, 2001.**

    Settlement briefs/memorandums will be due **by 4:00 p.m. on April 16, 2001.** The briefs are to be delivered to Judge Arnold's chambers at 1717 Pacific Avenue, Courtroom B, Tacoma, Washington 98402, or delivered by facsimile to 253-593-6588. They are not to be filed.

    **In addition to counsel, parties and insurers having authority to settle, and to adjust pre-existing settlement authority if necessary, are directed to be present in person.**

    The foregoing Minute Order entered by _____, Deputy Clerk, this March 28, 2001.

MINUTE ORDER



```
                                                                ec
                     United States District Court
                               for the
                    Western District of Washington
                           March 29, 2001
```

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  2:00-cv-00966

True and correct copies of the attached were mailed by the clerk to the following:

```
     John Rolfing Muenster, Esq.
     MUENSTER & KOENIG
     STE 4100
     999 3RD AVE
     SEATTLE, WA  98104
     FAX 467-0101

     Anne Melani Bremner, Esq.
     STAFFORD FREY COOPER
     STE 2500
     1301 5TH AVE
     SEATTLE, WA  98101-2621
     FAX 624-6885

     Stephen Powell Larson, Esq.
     STAFFORD FREY COOPER
     STE 2500
     1301 5TH AVE
     SEATTLE, WA  98101-2621
     FAX 624-6885

     Theron A Buck, Esq.
     STAFFORD FREY COOPER
     STE 2500
     1301 5TH AVE
     SEATTLE, WA  98101-2621
     FAX 624-6885

     Thomas Sean Sheehan, Esq.
     SEATTLE CITY ATTORNEY'S OFFICE
     10TH FLOOR
     600 4TH AVE
     SEATTLE, WA  98104-1877
     FAX 684-8284

     JUDGE PECHMAN

     JKA
```