FILED ___ ENTERED
LODGED ___ RECEIVED

APR 25 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY S. HOWELL,

    Plaintiff(s),

v.

CITY OF SEATTLE, et al,

    Defendant(s).

Case No. C00-966P

ORDER OF DISMISSAL

    Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    IT IS SO ORDERED this 26th day of April, 2001.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL