FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 13 2004   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
BY

Hon. Marsha Pechman

00-CV-00966-PRO

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY S. HOWELL,

                Plaintiff,

      v.

CITY OF SEATTLE,

                Defendant.

No. C00-966P

STIPULATION AND ORDER FOR
EXPUNGEMENT OF ARREST
RECORD

COME NOW the plaintiff, Bradley S. Howell, by and through his attorney, John R. Muenster, and the defendants, City of Seattle, et al., by and through their attorney, Sean Sheehan, Assistant Seattle City Attorney, and stipulate and agree as follows:

STIPULATION AND ORDER FOR
EXPUNGEMENT OF ARREST RECORD - 1

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

(1)    The complaint in the above-entitled action alleged that Mr. Howell was wrongfully arrested by the Seattle police department on November 30, 1999;

(2)    The case was settled by agreement of the parties in April, 2001;

(3)    As part of the settlement agreement, the City agreed to stipulate to an order expunging the records of Mr. Howell's arrest in the interests of justice;

(4)    Based upon the foregoing, the parties stipulate and agree that the Court should enter an order directing the expungement of the records of Mr. Howell's arrest, pursuant to the settlement agreement, RCW 10.97.060, *Eddy v. Moore*, 5 Wn. App. 334, 487 P.2d 211 (1971), *rev. denied*, 79 Wn.2d 1012 (1971), and applicable law.

DATED this the _9th_ day of December, 2003.

Respectfully submitted,

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
Attorney at Law
WSBA No. 6237
Of Attorneys for Bradley S. Howell

STIPULATION AND ORDER FOR
EXPUNGEMENT OF ARREST RECORD - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

SEATTLE CITY ATTORNEY'S OFFICE

By: _____

SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364
Of Attorneys for Defendants

ORDER

Based upon the foregoing stipulation, the City of Seattle Police Department and the

Washington State Patrol are hereby ordered to forthwith delete all record information

relating to the defendant in Seattle Police Department Incident No. 99-505027, November

30, 1999, from any electronic or documentary database maintained by said agencies.

DATED this the _____ day of December, 2003.

_____
United States District Judge

Presented by:

MUENSTER & KOENIG

By: _____

JOHN R. MUENSTER
Attorney at Law
WSBA No. 6237
Of Attorneys for Bradley S. Howell

STIPULATION AND ORDER FOR
EXPUNGEMENT OF ARREST RECORD - 3

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

Copy received; notice of
presentation waived;
approved for entry:

SEATTLE CITY ATTORNEY'S OFFICE


By: _____

      SEAN SHEEHAN
      Assistant City Attorney
      WSBA No. 6364
Of Attorneys for Defendants

STIPULATION AND ORDER FOR
EXPUNGEMENT OF ARREST RECORD - 4

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101